IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:22cr377-MHT
                            )             (WO)
MICHAEL BRUCE FOLEY         )
```

ORDER

This case is before the court on defendant Michael Bruce Foley's petition for early termination of supervised release. The court agrees that his supervision should be terminated early. In 2008, Foley pleaded guilty to three counts of transfer of obscene material, one count of receipt of child pornography, and one count of possession of child pornography. He was sentenced to 70 months of imprisonment, followed by a life term of supervised release. Since his release in April of 2014, Foley has complied with all terms of his supervised release, including successfully completing sex-offender treatment, passing each polygraph that has been administered to him, and not engaging in further criminal activity. Foley has also

complied with the requirements of the Sex Offender Registration and Notification Act (SORNA) and maintained employment throughout this time.

The government and probation officer have informed the court that they do not oppose the petition.

Accordingly, it is ORDERED that the petition for early termination of supervised release (Doc. 3) is granted; that defendant Michael Bruce Foley's supervised release is terminated; and that defendant Foley is discharged.

DONE, this the 2nd day of October, 2023.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**